DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL WEYMOUTH,**
Appellant,

v.

**VERONICA WEYMOUTH** n/k/a **VERONICA HOTCHKISS,**
Appellee.

No. 4D2023-0186

[February 29, 2024]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 07-14193 FMCE.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Howard S. Friedman of Fischler & Friedman, P.A., Fort Lauderdale, for appellant.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***